IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. __17-40062-DDC__ |
| | ) | |
| **AARON T. WOOSLEY**, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

Count 1

On or about June 13, 2017, in the District of Kansas, the defendant,

**AARON T. WOOSLEY**,

did knowingly escape from custody at the Mirror, Inc. Residential Reentry Center in Topeka,

Kansas, an institutional facility in which he was lawfully confined by virtue of process issued

under the laws of the United States by a United States District Court, to wit: the order entered by

the Honorable Julie A. Robinson, United States District Judge, on May 8, 2017, modifying the

conditions of the defendant's supervised release for his felony conviction of Title 18, United States

Code, Section 922(g), in District of Kansas Case No. 12-40136-01-DDC, the foregoing in violation

of Title 18, United States Code, Section 751(a).

**A TRUE BILL**


June 28, 2017                                 s/ Foreperson
Date                                          Foreperson of the Grand Jury

Skipper Jacobs, #26848, for
Thomas E. Beall, # 19929
United States Attorney
District Of Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
thomas.beall@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]

2